IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SOPHIA ROBINSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 14-0317-CG-C |
| | ) |
| AUTOVEST, LLC, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The parties having filed a joint stipulation of dismissal on October 1, 2014 (Doc. 5), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorney's fees, costs and expenses.

**DONE and ORDERED** this 7th day of October, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE